ANTHONY PALAZZOLO, Respondent, v. PARK 75TH CORPORATION et al., Appellants, et al., Defendants.— No opinion. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLY ZIETZ, Respondent; WILLIAM FITZ GIBBON, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

IDONAH S. PERKINS, Respondent-Appellant, v. CLYDE A. DE WITT, Appellant-Respondent.—

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [197 Misc. 369.]